**Virgil HALK, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 75271.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 20, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 17, 1999.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kenneth P. Ferguson, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., GARY M. GAERTNER, and MARY RHODES RUSSELL, JJ.

## ORDER

PER CURIAM.

Appellant, Virgil Halk, appeals the judgment of the Circuit Court of St. Louis City denying his Rule 29.15 motion after an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties, the legal file, and transcripts and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).